STATE of Missouri, Respondent,

v.

Ricky VAN OSTER, Appellant.

No. WD 36252.

Missouri Court of Appeals,
Western District.

April 30, 1985.

L.R. Magee, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for stealing, in violation of § 570.030, RSMo Supp.1983.

Judgment affirmed. Rule 30.25(b).